AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

___Middle___ **District of** ___Alabama___

RECEIVED

2007 FEB -5 A 9: 57

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

Plaintiff

V.

Defendant

CASE NUMBER: 2:07cv98-MEF

I, __Adrie A. Smith 155509__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury: Adrie A. Smith 155509 (yes)

1. Are you currently incarcerated?        ☑ Yes        ☐ No        (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Fountain 3800, Atmore Alabama, 36053__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes        ☑ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | Yes | No |
   |---|---|---|
   | a.  Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b.  Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c.  Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d.  Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e.  Gifts or inheritances | ☐ Yes | ☑ No |
   | f.  Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have any cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____January 19, 2000_____          _____Cedric Allen Smith 155509_____
            Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

CEDRIC A. Smith 155509 et.al. FREDDIE )
LEE Bell #134318 et.al, Anthony Burton 136963)
et.al. Tony Brooch, 136351 et.al. Stephen Thomas)
124145 et.al. James Murray 101186 et.al. )
**Plaintiff(s)** )

v. )

Richard Allen "commissioner" )
Bob Riley; "Governor" )
Ass. commissioner; Dept. of corr. Class.)
Paul whaley; Direc. of class. Dept. of corr.)
**Defendant(s)** )

RECEIVED

2007 FEB -5  A 9: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

2:07cv98-MEF

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Cedric Allen Smith "And others famildly situated"
moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Cedric Allen Smith. et.al.
**Plaintiff(s) signature**

SWORN AND SUBSCRIBED BEFORE ME _Willie C. Knight_ NOTARY PUBLIC FOR
THE STATE OF ALABAMA, PERSONALLY APPEARED THE PETITIONER,

CEDRIC ALLEN SMITH _Cedric Smith_     WHO SWEARS UNDER THE PENALTY
OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF HIS
KNOWLEDGE.

DONE THIS THE _17th_ DAY OF _January_, 2007.

MY COMMISSION EXPIRES _8-23-09_ _Willie C. Knight_.

```
                     STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
               FOUNTAIN CORRECTIONAL CENTER
                        RECEIVED
```

AIS #: 155509     NAME: SMITH, CEDRIC ALLEN          AS OF: 12/04/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| DEC | 27 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.05 |
| NOV | 30 | $3.63 | $20.00 |
| DEC | 4 | $0.20 | $0.00 |
| Average 12 months balance | | $0.31 | $1.67 |

Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED
BEFORE ME THIS 4TH DAY OF DECEMBER 2006.

_____, Notary Public