IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) |
| FREDDIE LEE BELL, #134318 | ) |
| ANTHONY A. BURTON, #136983 | ) |
| TONY C. BROACH, #136351 | ) |
| STEPHEN THOMAS, #124145 | ) |
| JAMES MURRAY, #101186 | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-98-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Cedric Allen Smith, Freddie Lee Bell, Anthony A. Burton, Tony C. Broach, Stephen Thoms and James Murray, state inmates confined at the Fountain Correctional Facility, filed this 42 U.S.C. § 1983 action challenging the denial of correctional incentive time to them based solely on the length of the sentence imposed upon for their convictions. Although it appears that each of these inmates seeks leave to proceed *in forma pauperis* before this court, inmate Smith is the only inmate to provide the court with a motion to proceed *in forma paupiers* pursuant to the provisions of 28 U.S.C. § 1915(a)(1) and (2), and the requisite financial information in support of such motion. The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of

action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

    1. Open six (6) separate civil actions - one for each inmate who signed the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Cedric Allen Smith.

    2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned.

    3. Place the original complaint and motion for leave to proceed *in forma pauperis* submitted by inmate Smith in the instant case file.

    5. Place a copy of the complaint in each newly opened case.

Done this 6th day of February, 2007.

                              /s/ Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE