IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-98-MEF |
| RICHARD ALLEN, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to intervene filed by inmate Herman Williams on April 10, 2007 (Court Doc. No. 11), and as prisoners are not entitled to enjoin their claims in a single cause of action, *see Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001), it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of April, 2007.

            /s/ Terry F. Moorer
           TERRY F. MOORER
           UNITED STATES MAGISTRATE JUDGE