IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC ALLEN SMITH, #155509,       )
                                   )
            Plaintiff,             )
                                   )
v.                                 )        CIVIL ACTION NO. 2:07-CV-98-MEF
                                   )
RICHARD ALLEN, et al.,             )
                                   )
            Defendants.            )

## ORDER

Upon consideration of the motion to intervene filed by inmate Michael D. Marchbank

on April 10, 2007 (Court Doc. No. 15), and as prisoners are not entitled to enjoin their claims

in a single cause of action, *see Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir.

2001), it is

ORDERED that this motion be and is hereby DENIED.

Done this 11th day of April, 2007.


            /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE