IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CEDRIC ALLEN SMITH,** <br> **Plaintiff,** | * <br> * <br> * <br> * |
| VS. | * Civil Action No.: 2:07-CV-98-MEF <br> * <br> * |
| **HONORABLE RICHARD FRANK ALLEN,** Commissioner, Alabama Department Of Corrections, et al., <br> **Defendant(s).** | * <br> * <br> * <br> * |

## PLANTIFF'S MOTION TO BE CONSIDERED/MAINTAINED AND/OR REPRESENTED AS A CLASS PARTY

**COMES NOW,** Cedric Allen Smith, pro se, and others, pro se, in which are similarly situated, as prisoners within the State Of Alabama, pursuant to the Federal Rule(s) Of Civil Procedure (Fed. R. Civ. P.), Rule 23, Class Action(s), does hereby move and request, for this Honorable Court to consider, maintain and allow these parties to be represented, as a Class Party, for the purpose, as filed within the written content(s) of this 42 United States Constitution (U.S.C.) §1983 Civil Rights Complaint, for the following ground(s), as stated herein:

    1. The Class is so numerous that a joinder of all members is impracticable.

    2. There are question(s) of law or fact(s), in which are common to these member(s), as a represented Class Party.

    3. The representative parties will fairly and adequately protect the interest(s) of the Class Party.

    4. The Plaintiff avers that this Class Action is due to be considered, maintained and/or represented, as a Class Party, for the purpose of this immediate cause of action, as hereby, filed, for the ground(s), as hereby, follow:

    (a) The prosecution of separate actions by or against individual members of this Class Party would create a risk of;

    (1) Inconsistent or varying adjudications with respect to individual member(s) of this Class Party which would establish incompatible standard(s) of conduct, for the party opposing this Class Party.

    (2) Adjudication(s) with respect to individual members of this Class Party, in which would, as a practical matter be dispositive of the interest(s) of the other member(s) not parties to the adjudications or substantially impair or impede their ability to protect their interest(s);

    (b) The question(s) of law or fact(s) common to the member(s) of the of the Class Party predominate over any question(s) affecting only individual members, and that a Class Action is superior to other available methods for the fair and efficient adjudication of the controversy. The matters pertinent include the following:

    (1) The interest of the member(s) of this Class Party in individually controlling the prosecution or defense of separate action(s);

    (2) The extent and nature of any litigation concerning the controversy already commenced, by or against member(s) of this Class Party;

    (3) The desirability or undesirability of concentrating the litigation of the claim(s) in the particular forum;

    (4) The difficulties likely to be encountered in the management of a Class Action, as warranted, by the filing of this instant cause of action will be less, than the management of each and every individual case similarly situated, as filed.

2

5. The claim(s) or defense(s) of the representative parties are typical of the claim(s) or defense(s) of the Class Party.

**WHERERFORE, ALL PREMISES BEING CONSIDERED,** the Plaintiff(s), pro se, does hereby pray, for this Honorable Court to Maintain this action, as a Class, along with any and all other equitable relief, in which, this Court deems appropriate, necessary and proper, thereof.

Respectfully Submitted,

*Cedric Allen Smith*
Cedric Allen Smith,
**Plaintiff, pro se,**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 9th day of April, 2007, I have served a copy of the foregoing **Plaintiff's Motion To Be Considered/Maintained And/Or Represented As A Class Party**, by placing an exact copy of same within the Internal Inmate Mailing System, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800 (United States Mail), postage pre-paid First-Class and properly addressed, as hereby, follows:

Honorable Troy King
Attorney General
State Of Alabama
Assistant Attorney General
11 South Union Street
Montgomery, Alabama 36130

Honorable Charles R. Niven
United States (U.S.) Attorney General
Middle District Of Alabama,
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Richard Frank Allen
Alabama Department Of Corrections (A.D.O.C.)
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501

                                          Respectfully Submitted,

                                          *Cedric Allen Smith*
                                          Mr. Cedric Smith, #155509,
                                          G.K. Fountain Correctional Center
                                          Fountain 3800
                                          Atmore, Alabama 36503-3800