IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CEDRIC ALLEN SMITH, #155509,           )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )        CIVIL ACTION NO. 2:07-CV-98-MEF
                                       )
RICHARD ALLEN, et al.,                 )
                                       )
        Defendants.                    )

**ORDER**

Upon consideration of the motion to intervene filed by inmate Robert Brown on April 11,

2007 (Court Doc. No. 38), and as prisoners are not entitled to enjoin their claims in a single cause

of action, *see Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001), it is

ORDERED that this motion be and is hereby DENIED.

Done this 12th day of April, 2007.


            /s/ Terry F. Moorer
            TERRY F. MOORER
            UNITED STATES MAGISTRATE JUDGE