IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-98-MEF |
| | ) |
| RICHARD ALLEN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This cause is before the Court on Plaintiff's Motion for Temporary Restraining Order and/or in the Alternative Application for a Preliminary Injunction (Doc. # 29), filed on April 11, 2007. Upon consideration of Plaintiff's submissions, it is hereby ORDERED as follows:

(1) With respect to the portion of the motion seeking a temporary restraining order, the Plaintiff's Motion for Temporary Restraining Order and/or in the Alternative Application for a Preliminary Injunction (Doc. # 29) is DENIED pursuant to Federal Rule of Civil Procedure 65(b).

(2) With respect to the portion of the motion seeking a preliminary injunction, the Plaintiff's Motion for Temporary Restraining Order and/or in the Alternative Application for a Preliminary Injunction (Doc. # 29) is DENIED.

DONE this the 12th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE