IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-98-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to waive posting of financial securities requisite to filing an application for temporary restraining order and/or in the alternative motion for preliminary injunction filed by the plaintiff on April 11, 2007 (Court Doc. No. 30), and as no such securities are required of the plaintiff, it is

ORDERED that this motion be and is hereby GRANTED

Done this 13th day of April, 2007.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE

Case 2:07-cv-00098-MEF-TFM   Document 46   Filed 04/13/2007   Page 2 of 2