IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-98-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motions to intervene filed on April 13, 2007 by inmates Gregory Hampton (Court Doc. No. 59), Walter Ware (Court Doc. No. 60), Robert T. Taylor (Court Doc. No. 61), Jermisky Austin (Court Doc. No. 62), Nelson Westbrook (Court Doc. No. 63), William LeBarron Anderson (Court Doc. No. 64), Kenneth Devon Thompson (Court Doc. No. 65), Sam Oliver Campbell (Court Doc. No. 66), Andre L. Richardson (Court Doc. No. 67), O'Neal Spencer (Court Doc. No. 68), Christian Parker (Court Doc. No. 69), Jackie Glenn Burton (Court Doc. No. 70) and Leroy Banks (Court Doc. No. 71), and as prisoners are not entitled to enjoin their claims in a single cause of action, *see Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001), it is

ORDERED that these above listed motions to intervene be and are hereby DENIED.

Done this 16th day of April, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE