IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CEDRIC ALLEN SMITH,<br>**Plaintiff,** | * * * * | |
| VS. | * | Civil Action No.: 2:07-CV-98-MEF |
| | * * | |
| HONORABLE RICHARD FRANK<br>ALLEN, Commissioner, Alabama<br>Department Of Corrections, et al.,<br>**Defendant(s).** | * * * * | |

## MOTION TO INTERVENE

COMES NOW, Royce Wooten, # 185707,

Applicant To Intervene, pro se, in which is similarly situated, as Plaintiff,

as listed and named within this said instant cause of action, a prisoner currently

confined within the State Of Alabama Department Of Corrections, pursuant to

the Federal Rule(s) Of Civil Procedure (Fed. R. Civ. P.), Intervention,

Rule 24(b), Permissive Intervention, does hereby move and request, for this

Honorable Court to grant leave to intervene in this action, for the ground(s),

as hereby follow(s):

    1. For the purpose of joining the Plaintiff, pro se, in prosecution of his claim(s) against the Defendant(s), as listed and named within this said instant cause of action consider.

    2. The Applicant is similarly situated, as the listed and named Plaintiff within this instant cause of action.

3. The Applicant's claim(s), as complained and aggrieved of are identical to the claim(s) and ground(s), as present within the filing of the Plaintiff's 42 United States Constitution (U.S.C.), 1983 Civil Rights Complaint, as described, within the above-styled caption.

4. This Honorable Court not allowing the Applicant to intervene within this said instant cause of action would only be repetitious litigation, in which would not be beneficiary to any interested party of this action.

5. The Applicant claim(s) and the main action have question(s) of law and/or fact(s) in common.

6. The Applicant, thereby requesting to be a Plaintiff Party within this said instant cause of action, relies, for ground(s) of Claim(s), upon a state statute or executive order administered, by a state governmental agency, through a regulation, requirement, or agreement issued or made pursuant to a Executive Legislative Act, Codified Statute, Executive Order, upon timely application of any Applicant within the Court's discretion may be permitted to intervene within the said instant cause of action, thereby requested to be intervened.

7. Intervening, as a Plaintiff Party within this said instant said cause of action will not cause any unduly delay or prejudice to the adjudication of the original parties, as listed and named within the content(s) of this said instant cause of action.

8. Intervening, as a Plaintiff Party within this said instant said cause of action is a permissive intervention and within the sound discretion of this Honorable Court, theretofore.

### WHERERFORE, ALL PREMISES BEING CONSIDERED,

the Plaintiff(s), pro se, does hereby pray, for this Honorable Court to grant this Motion To Intervene within this action, along with any and all other equitable relief, in which, this Court deems appropriate, necessary and proper, thereof.

                                    Respectfully Submitted,

                                    Royce Wooten #185707
                                    Applicant (Plaintiff), pro se,

## CERTIFICATE OF SERVICE

I do hereby certify that on this __9__ day of April, 2007, I have served a copy of the foregoing **Motion To Intervene**, by placing an exact copy of same within the Internal Inmate Mailing System, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800 (United States Mail), postage pre-paid First-Class and properly addressed, as hereby, follows:

Honorable Troy King
Attorney General
State Of Alabama
Assistant Attorney General
11 South Union Street
Montgomery, Alabama 36130

Honorable Charles R. Niven
United States (U.S.) Attorney General
Middle District Of Alabama,
Post Office Box 197
Montgomery, Alabama 36101-0197

Honorable Richard Frank Allen
Alabama Department Of Corrections (A.D.O.C.)
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501

Respectfully Submitted,

Royce Wooten

E-1-27A #185707
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama 36503-3800

3

Royce Wooten Ais # 165707
Fountain 3800 E-1-27A
Atmore, AL 36503



MOBILE AL 366
12 APR 2007 PM 1 L

United States District Court
middle Disrict of Ala.
Off. of The Clerk P.O. Box 711
Monty, AL 36101-0711

36101+0711