IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-98-MEF |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the motions to intervene filed on April 16, 2007 by inmates Thomas Hart, II (Court Doc. No. 85), David J. Smiley (Court Doc. No. 86) and David Martin (Court Doc. No. 87), and as prisoners are not entitled to enjoin their claims in a single cause of action, *see Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001), it is

ORDERED that these above listed motions to intervene be and are hereby DENIED.

Done this 17th day of April, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE