IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 APR 23 A 10: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CEDRIC ALLEN SMITH, #155509,
   **Plaintiff/Appellant,**

                     Civil Action No.
                     2:07-CV-98-MEF

VS.

HON. RICHARD FRANK ALLEN, et al.,
   **Defendant(s)/Appellee(s).**

## PLAINTIFF'S NOTICE OF APPEAL

**COMES NOW,** Cedric Allen Smith, the Plaintiff, pro se, pursuant to the Federal Rules Of Appellate Procedure (Fed. R. App. P), Rule 4, does hereby serve notice of the Plaintiff/Appellant's intention to appeal, the April 12, 2007, denial of the Plaintiff's, Application For Preliminary Injunction, as filed, on April 11, 2007 within the jurisdiction of this cause, as document number Twenty-nine (#29), for ground(s) as hereby follow:

**DONE ON THIS 19TH DAY OF APRIL, 2007.**

                                      Respectfully Submitted,

                                      */s/ Cedric Allen Smith*
                                      Cedric Allen Smith, #155509,
                                      **Plaintiff/Appellant, pro se,**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of April, 2007, I have served a copy of the foregoing NOTICE OF APPEAL, by placing an exact copy of same within the Internal Inmate Mailing System, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800 (United States Mail), postage pre-paid First-Class and properly addressed, as hereby, follows:

Honorable Troy King
Attorney General
State Of Alabama
11 South Union Street
Montgomery, Alabama  36130

Honorable Richard Frank Allen
Commissioner
Alabama Department Of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama  36130-1501

Respectfully Submitted,

*Cedric Allen Smith*
Cedric Allen Smith, #155509,
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama  36503-3800

2

CEDRIC ALLEN SMITH
A.I.S. #155509
FOUNTAIN 3800
ATMORE, AL. 36503

MOBILE AL 365
20 APR 2007 PM 2 L

UNITED STATES DISTRICT COURT
POST OFFICE BOX 711
MONTGOMERY, AL. 36101-0711

LEGAL

36101+0711