IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, | * |
| **Plaintiff/Appellant,** | * |
| | * |
| | * |
| VS. | * Civil Action No. |
| | * 2:07-CV-98- MEF |
| | * |
| HON. RICHARD FRANK ALLEN, et al., | * |
| **Defendant(s)/Appellee(s).** | * |

**PLAINTIFF'S MOTION FOR COURT TO
ISSUE A WRITTEN ORDER DIRECTING THE DEFENDANT(S)
BE SERVED AND FILE A WRITTEN ANSWER TO THE PLAINTIFF'S
42 UNITED STATES CONSTITUTION
(U.S.C.) §1983 CIVIL RIGHT(S) COMPLAINT,
AMENDMENT(S) AND/OR SUPPLEMENT(S)**

**COMES NOW,** Cedric Allen Smith, the Plaintiff, pro se, pursuant to the Federal Rules Of Civil Procedure (Fed. R. Civ. P), Rule , does hereby move and request, for this Honorable Court to issue a Written Order, thereby directing, the all Defendant(s), as listed and named within this instant said cause of action to be served and file, a written answer to the Plaintiff's 42 United States Constitution (U.S.C.) §1983 Civil Right(s) Complaint, Amendment(s) And/Or Supplement(s), as filed within the lawful jurisdiction of this Court, in February, 2007, along with any and all amendment(s) and/or supplement(s), thereby filed, thereof, for ground(s), as hereby follow:

1. This instant said cause of action, as filed within the lawful jurisdiction of this Court, challenges the constitutionality of an amendment to statute and/or law, for the State Of Alabama, and thus, this complaint, as filed is not frivilious, pursuant to Title 28 United States Constitution (U.S.C.) §1915, and thus this complaint states a claim, upon, which relief may be granted.

2. The commencement of this action is compliant with the Federal Rules Of Civil Procedure (Fed. R. Civ. P.), Rule 3, and thus such complaint, as hereby filed should be served, upon the Defendant(s), as listed and named within such complaint, as filed, in accordance with Rule 4.

**WHEREFORE, ALL PREMISES BEING HEREBY CONSIDERED**, the Plaintiff, pro se, prays, for this Honorable Court to grant this **Motion For The Court To Issue A Written Order Directing The Defendant(s) Be Served And File A Written Answer To The Plaintiff's 42 United States Constitution (U.S.C.) §1983 Civil Rights Complaint, Amendment(s) And/Or Supplement(s)**, along with any and equitable relief, in which, this Court deems appropriate, necessary and proper, theretofore.

**DONE ON THIS 20TH DAY OF APRIL, 2007.**

Respectfully Submitted,

*/s/ Cedric Allen Smith*
Cedric Allen Smith, #155509,
**Plaintiff/Appellant, pro se,**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 24th day of April, 2007, I have served a copy of the foregoing **PLAINTIFF'S MOTION FOR COURT TO ISSUE A WRITTEN ORDER DIRECTING ALL DEFENDANT(S) TO BE SERVED AND FILE A WRITTEN ANSWER TO THE PLAINTIFF'S 42 UNITED STATES CONSTITUTION (U.S.C.) §1983 CIVIL RIGHTS COMPLAINT, AMENDMENT(S) AND/OR SUPPLEMENT(S),** by placing an exact copy of same within the Internal Inmate Mailing System, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800 (United States Mail), postage pre-paid First-Class and properly addressed, as hereby, follows:

Honorable Troy King
Attorney General
State Of Alabama
11 South Union Street
Montgomery, Alabama  36130

Honorable Richard Frank Allen
Commissioner
Alabama Department Of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama  36130-1501

                                        Respectfully Submitted,

                                        */s/ Cedric Allen Smith*
                                        Cedric Allen Smith, #155509,
                                        G.K. Fountain Correctional Center
                                        Fountain 3800
                                        Atmore, Alabama  36503-3800





Eric Allen Spann [?]
Mountain 3800
[?]more, Alabama 36503

United States District Court
Middle District of Alabama.
Office of the Clerk
P.O. Box 711
Montgomery, Alabama 36101-0711

LEGAL

