IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-98-MEF |
| ) | |
| RICHARD ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Reconsideration (Doc. #105) filed on April 26, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 30th day of April, 2007.

                                        /s/ Mark E. Fuller
                             CHIEF UNITED STATES DISTRICT JUDGE