IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-98-MEF |
| | ) | |
| RICHARD ALLEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 2, 2007, the plaintiff filed a motion to amend in which he seeks to present claims alleging that provisions of the Alabama Correctional Incentive Time Act ["ACITA"], codified at *Ala. Code* § 14-9-41(e), were not properly enacted as law by the Alabama legislature and are therefore unconstitutional. Upon consideration of the motion to amend, and as the Alabama legislature enacted the ACITA in May of 1980, Act. No. 80-446, 1980 Ala. Acts 690, codified as § 14-9-40 through § 14-9-44, and subsequently amended the ACITA by Acts 1991 of the Alabama legislature, No. 91-637, it is

ORDERED that the motion to amend be and is hereby DENIED.

Done this 3rd day of May, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE