IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CEDRIC ALLEN SMITH,#155509

Plaintiff

CIVIL ACTION NO:2:07-CV_98_MEF

Vs.

RICHARD FRANK ALLEN, et.al.;          )

Defendants                            )

## SERVICE OF COMPLAINT ON THE DEFENDANT(S)

   Comes Now, the plaintiff Cedric Allen Smith, respectfully request
this honorable court to serve a copy of the summons/Complaint upon
the defendant in this cause of action, the Hon: Richard Frank Allen
address; 301 South ripley St.P.O. Box 301501, Montgomery, Al,36130-1501.
The plaintiff has been granted forma Pauperis and request that all
finacial securities be waived or taxed to the defendants in this cause
of action.

c/c  United states court of Appeals, eleventh circuit, 56 Forsth,
St. N.W. Atlanta Ga, 30303.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of <u>April</u>, 2007, I have served a copy of the foregoing **PLAINTIFF'S MOTION FOR COURT TO ISSUE A WRITTEN ORDER DIRECTING ALL DEFENDANT(S) TO BE SERVED AND FILE A WRITTEN ANSWER TO THE PLAINTIFF'S 42 UNITED STATES CONSTITUTION (U.S.C.) §1983 CIVIL RIGHTS COMPLAINT, AMENDMENT(S) AND/OR SUPPLEMENT(S),** by placing an exact copy of same within the Internal Inmate Mailing System, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800 (United States Mail), postage pre-paid First-Class and properly addressed, as hereby, follows:

Honorable Troy King
Attorney General
State Of Alabama
11 South Union Street
Montgomery, Alabama  36130

Honorable Richard Frank Allen
Commissioner
Alabama Department Of Corrections
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama  36130-1501

Respectfully Submitted,

*Cedric Allen Smith*

Cedric Allen Smith, #155509,
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama  36503-3800

3



MOBILE AL 366

02 MAY 2007 PM 1 T

Cedric Allen Smith #155509
Fountain 3800
Atmore, Al 36503

United States District Crt.
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, Al 36101-0711

LEGAL

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | SUMMONS<br><br>- CIVIL - | Case Number |
|---|---|---|

IN THE <u>DISTRICT CRT.(MIDDLE)Dist.Al.</u>    **COURT OF** <u>Middle dist.of Alabama</u>**COUNTY**

**Plaintiff** CEDRIC ALLEN SMITH            **v. Defendant** RICHARD FRANK ALLEN

**NOTICE TO** <u>RICHARD FRANK ALLEN: commissioner Dept. Of Corrections</u>

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY <u>CEDRIC ALLEN SMITH FOUNTAIN 3800,Atmore, Al. 36503</u> WHOSE

ADDRESS IS <u>3800 Fountain, Atmore, Alabama 36503</u>

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____        _____ By: _____
                                     Clerk/Register

☐ Certified Mail is hereby requested.        _____
                                              Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ .
                                                              (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____
_____ in _____ County,

Alabama on _____ .
            (Date)

_____        _____
Date                            Server's Signature

_____        _____
Address of Server               Type of Process Server