IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, PLAINTIFF, | * |
| VS. | * CASE NO: 2:07-cv-98-MEF |
| RICHARD ALLEN, et al., DEFENDANTS. | * |
| | * |
| | * |

## MOTION TO CLARIFY POSITION OF PETITION

Comes now the plaintiff, Cedric Smith, pro se, and moves this most honorable court to clarify position of said complaint that was filed on or about Feburary, 2007. Since the filing of said petition, the plaintiff have received nothing but confusing orders from this most honorable court, but not denying the original complaint. Plaintiff asserts that, even inmates that filed a motion to intervene, even though this court denied the motion to intervene, these inmates are constantly getting denial of class certification mail when they have not filed such motion.

Plaintiff do believe this honorable court have inadvertantly mixed up the documents and confused the rulings pretaining to different motions. Plaintiff prays that this honorable court will clarify the position of the complaint for this plaintiff to move in accordance with the rules of Federal procedures.

DONE THIS THE __4th__ OF MAY 2007.

*Cedric Allen Smith*
CEDRIC A. SMITH/PLAINTIFF

CEDRIC ALLEN SMITH
A.I.S.# 155509
FOUNTAIN 3800
ATMORE, AL. 36503



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT
POST OFFICE BOX 711
MONTGOMERY, AL. 36101-0711

LEGAL