IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC ALLEN SMITH, #155509, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-98-MEF |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the document filed by the plaintiff on May 7, 2007 (Court Doc. No. 116), which the court construes as a motion to clarify status of complaint, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The plaintiff is advised that on May 1, 2007 the district judge issued an order adopting the March 29, 2007 Recommendation summarily dismissing this case as the opinion of the court and entered final judgment in this case.

Done this 9th day of May, 2007.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE