UNITED STATES DISTRICT COURT
middle district of alabama
office of the clerk
post office box 711
Montgomery, Alabama 36101-0711

CEDRIC ALLEN SMITH,#155509
   Plaintiff/Appellant

Civil Action NO.2:07-CV-98-MEF

APPEAL NUMBER:07-11873-F

VS.

HON. RICHARD FRANK ALLEN, et al.,
   Defendant/Appellee(S).


### DISSMISSAL OF PRELIMINARY INJUNCTION APPEAL AND IN THE ALTERNATIVE THE PETITIONER [files a notice of appeal from final judgement]

Comes Now, the petitioner Cedric Allen Smith, by and through himself files with this court a notice to dismiss the appeal that he has filed with this court from the denial of his preliminary injunction that was filed with this court on April 19, 2007, and filed with the clerk on April 23, 2007.


### NOTICE OF APPEAL FROM FINAL JUDGEMENT

Comes Now, the plaintiff Cedric Allen Smith, files with this court a notice of appeal from final judgement in the above civil action. This final judgement was entered from this court on May 1, 2007, the plaintiff avers, that it would be inconvient and repititous for him to file sepaerate appeals relating to the same subject matter, and the court made a final judgement immediately after denying him a preliminary injunction.

CEDRIC ALLEN SMITH # 155509
FOUNTAIN 3800
atmore, alabama 36503

LEGAL 36101+0711 E007

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
office of the clerk
post office box 711
Montgomery, Alabama 36010-0711



UNITED STATES POSTAGE
02 1A
0004309410
$00.39⁰
MAY 07 2007
MAILED FROM ZIPCODE 36502
PITNEY BOWES

or content of the enclosed communication."