RECEIVED

MAY 11 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

No. 07-11873-F

## JURISDICTIONAL QUESTION

Whether the district court's April 12, 2007, order denying Appellant's motion for a preliminary injunction or temporary restraining order is immediately appealable? See 28 U.S.C. §§ 1291, 1292(a)(1); Schiavo ex rel. Schindler v. Schiavo, 403 F.3d 1223, 1225 (11th Cir. 2005); McDougald v. Jenson, 786 F.2d 1465, 1472-73 (11th Cir. 1986); Fernandez-Roque v. Smith, 671 F.2d 426, 429 (11th Cir. 1982).