IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 1 0 2007

THOMAS K. KAHN
CLERK

_____

No. 07-11873-F

_____

CEDRIC ALLEN SMITH,

Plaintiff-Appellant,

versus

RICHARD ALLEN,
Commissioner,
ASSOCIATE COMMISSIONER,
Department of Corrections,
Classifications, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court for the

Middle District of Alabama

_____

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th

Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this

10th day of May, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Mildred Norwood/wl/
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By:
Deputy Clerk
Atlanta, Georgia

ORD-50