IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CEDRIC A. SMITH**
PLAINTIFF(S)

VS.
RICHARD ALLEN et.al.,
RESPONDENT(S)

CV __98-MEF//07-00098CV_-2-MEF__

APPEAL NO. 07-12342-G

## MOTION TO FORWARD RECORDS

Comes now, **CEDRIC A. SMITH**, PRO SE, And moves this honorable Court pursuant to rule 11(c) FRAP, to forward all records pretaining to the above cited case number to: United States Court of Appeals Eleventh Circuit, 56 Forsyth Street, N.W., Alanta Ga. 30303.

1. Original petition 1983 Civil Action Complaint.
2. Class Certification and objections.
3. Objections to magistrate recommendation
4. Amended Complaint.
5. Journals of the Senate/House (1980)
6. Motion to Intervene and objections
7. All 117 documents filed in the district court.
8. Preliminary Injunction/TRO
9. Motion for Rehearing.
10 Motion to stay proceedings

DONE THIS __30th__ DAY OF __MAY__ 2007.

_Cedric Smith_
Plaintiff(s)



Cedric Allen Smith #155509
Fountain 3800
Atmore AL, 36503

United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery AL 36101-0711

LEGAL



"This correspondence is to/from an Alabama State Prisoner. The Contents have not been evaluated by the Alabama Department of Corrections. Is in doubt as to the substance or content of the enclosed communication."