# Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

## United States Court of Appeals for the Eleventh Circuit

v.

Court of Appeals No. 07-12342-G

District Court No. 2:07-CV-98-MEF

*[Stamps: U.S. COURT OF APPEALS RECEIVED CLERK JUN 13 2007 ATLANTA, GA; RECEIVED 2007 JUN 15 A 11: 19 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: Cedric Allen Smith | Date: 5-7-07  May 07, 2007 |

**My issues on appeal are:**


1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ // | $ // | $ // | $ // |
| Income from real property (such as rental income) | $ // | $ // | $ // | $ // |
| Interest and dividends | $ // | $ // | $ // | $ // |
| Gifts | $ // | $ // | $ // | $ // |
| Alimony | $ // | $ // | $ // | $ // |
| Child support | $ // | $ // | $ // | $ // |
| Retirement (such as social security, pensions, annuities, insurance) | $ // | $ // | $ // | $ // |
| Disability (such as social security, insurance payments) | $ // | $ // | $ // | $ // |
| Unemployment payments | $ // | $ // | $ // | $ // |
| Public-assistance (such as welfare) | $ // | $ // | $ // | $ // |
| Other (specify): _____ | $ // | $ // | $ // | $ // |
| **Total monthly income:** | $ // | $ // | $ // | $ // |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| (Work Release) Logan's Steakhouse | Hwy 51, Hoover AL. | March 2005, June 2005 | Part Time. 400.00 |
| " " "Spot" Resturant | Gulf Shores, AL | March 2001. | Part Time. 525.00. |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle #1 (Value) |
|---|---|---|
| 0 | 0 | 0 |
| | | Make & year: 0 |
| | | Model: 0 |
| | | Registration #: 0 |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: 0 | 0 | 0 |
| Model: 0 | | |
| Registration #: 0 | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | 0 | 0 |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|------|--------------|-----|
|      |              |     |
|      |              |     |
|      |              |     |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ | $ |
| Are real-estate taxes included? ☐ Yes ☒ No | | |
| Is property insurance included? ☐ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
|    Homeowner's or renter's | $ | $ |
|    Life | $ | $ |
|    Health | $ | $ |
|    Motor Vehicle | $ | $ |
|    Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |
| Installment payments | | |
|    Motor Vehicle | $ | $ |
|    Credit card (name): _____ | $ | $ |
|    Department store (name): _____ | $ | $ |
|    Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐ Yes ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

    If yes, how much? $ _____

    If yes, state the attorney's name, address, and telephone number:

    _____
    _____
    _____

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
    ☐ Yes ☐ No

    If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

    _____
    _____
    _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    The only money that I received was $400.00 Awhile back from a friend who had claim me as a dependant because I stayed with him for 8 months, she still send me $20.00 Every month or so.

13. State the address of your legal residence.

    Fountain 3800
    Atmore, Al 36503

    Your daytime phone number: (___) _____

    Your age: 37    Your years of schooling: 12  2yp college

    Your social-security number: 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

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 155509        NAME: SMITH, CEDRIC ALLEN        AS OF: 05/07/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAY | 24 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.05 |
| NOV | 30 | $3.63 | $20.00 |
| DEC | 31 | $3.32 | $20.00 |
| JAN | 31 | $33.46 | $145.00 |
| FEB | 28 | $2.32 | $59.18 |
| MAR | 31 | $159.56 | $420.00 |
| APR | 30 | $26.06 | $70.00 |
| MAY | 7 | $0.10 | $0.00 |

Average 12 months balance        $19.03        $61.18

*Valeria Spates*
Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN TO AND SUBSCRIBED BEFORE ME THIS 7TH DAY OF MAY 2007.

*Elaine Braddock*, Notary Public

My Commission Expires Oct. 25, 2008