IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12342-G

CEDRIC ALLEN SMITH,

Plaintiff-Appellant,

versus

RICHARD ALLEN,
Commissioner,
ASSOCIATE COMMISSIONER,
Department of Corrections, Classification,
PAUL WHALEY, Director of
Classification, Department of Corrections,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 30th day of July, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Walter Pollard
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

ORD-40