IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12342 -G



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 2 6 2007
THOMAS K. KAHN
CLERK

CEDRIC ALLEN SMITH,

Plaintiff-Appellant,

versus

RICHARD ALLEN,
Commissioner,
ASSOCIATE COMMISSIONER,
Department of Corrections, Classification,
PAUL WHALEY, Director of
Classification, Department
of Corrections,

Defendants-Appellees,

Appeal from the United States District Court for the
Middle District of Alabama

Before: BIRCH and DUBINA, Circuit Judges.

BY THE COURT:

Appellant's motion to reinstate the appeal is DENIED.

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2007

RECEIVED
2007 OCT 30 A 9: 47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-12342-G**
Case Style: Cedric Allen Smith v. Richard Allen
District Court Number: 07-00098 CV-2-MEF ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

MOT-2 (06-2007)

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

RECEIVED

2007 OCT 30 A 9: 47

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

October 26, 2007

**Appeal Number: 07-12342-G**
Case Style: Cedric Allen Smith v. Richard Allen
District Court Number: 07-00098 CV-2-MEF ()

CC:   Cedric Allen Smith (AIS 155509)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File